## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**LUCILLE FORMAN**                                                                          **PLAINTIFF**

**v**                       **CIVIL ACTION NO. 5:06cv157DCB-JMR**

**GEORGE DOCOS, INDIVIDUALLY,**
**AND GEORGE DOCOS D/B/A**
**GEORGE DENNIS DOCOS PAINTING**                  **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

This cause came on for hearing on motion *ore tenus* by the plaintiff to dismiss this suit with prejudice; and

The Court, having been advised that plaintiff and the defendant have reached a compromise settlement, is of the opinion that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that this cause be and is hereby dismissed with prejudice with each side to bear its own costs.

SO ORDERED this the 29th day of October, 2007.

                                                         s/ David Bramlette
                                                 UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED AS TO FORM:

| s/ Don Evans | s/Leland S. Smith |
|---|---|
| DON EVANS, ESQ. (MSB# 5259) | LELAND S. SMITH, ESQ. (MSB# 7562) |
| *ATTORNEY FOR PLAINTIFF* | *ATTORNEY FOR DEFENDANTS* |